# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JUNIOR CLYDE NICKLES,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10CV00014 |
| | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **LIBERTY LIFE ASSURANCE** | ) | By: James P. Jones |
| **COMPANY OF BOSTON, ET AL.,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the Opinion accompanying this Final Judgment, it is

**ADJUDGED AND ORDERED** as follows:

1. The Objections by the plaintiff to the magistrate judge's Report and Recommendations are OVERRULED and the magistrate judge's findings and recommendations are ACCEPTED;

2. The Motion for Summary Judgment by the plaintiff is DENIED;

3. Judgment is entered for the defendants; and

4. The clerk is directed to close the case.

ENTER: January 21, 2011

/s/ JAMES P. JONES
United States District Judge